UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

22-CR-17

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

 For the week of May 16, 2022, the Court will hold all criminal proceedings in this matter by telephone. To access the teleconference, please use the following information:

 <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

 Please enter the conference as a guest by pressing the pound sign (#).

 Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:  May 13, 2022
    White Plains, New York

              KENNETH M. KARAS
              United States District Judge