UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

JAKEEM SYLVESTER,

                           Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 17 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the June 2, 2022, plea allocution, over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 27, 2022
           White Plains, New York

                                         Respectfully submitted,

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge

September 27, 2022

    This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge