UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

Vs 22 CR 00017 (KMK)

**Jakeem Sylvester,** ORDER

-----------------------------------------------------------

Defendant's motion for bail pending appeal is granted. Defendant, Jakeem Sylvester, can be released from the custody of the United States Marshal, when he signs the Appearance Bond.

So Ordered: _____ 12/19/23
U.S. District Judge Date