Case 7:22-cr-00017-KMK   Document 50   Filed 03/20/24   Page 1 of 2

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2024

VIA EMAIL AND ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Jakeem Sylvester*, 22-cr-17-1 (KMK)

Dear Honorable Judge Karas:

    I write to respectfully request Your Honor amend Mr. Sylvester's release conditions to permit him to travel to the SDNY to clear traffic tickets he has on a date approved by his Pre-Trial Services supervising officer.

    Mr. Sylvester has been out of custody since December 2023 and has been supervised by the NDNY. Mr. Sylvester has had issues securing employment because he has outstanding traffic tickets. He has been informed that these tickets can only be lifted if he appears in person to clear them. He is requesting permission to travel to the SDNY in order to clear matters is the City of Poughkeepsie Court, Town of Hyde Park Court, Town of Kent Court, and Stanford Court.

    I have contacted Pre-Trial Services Officer Shannon Finneran who does not object to this request as long as he advises his supervising officer the NDNY in advance of the travel and has proof of what he was doing. I have conferred with the government through Assistant United States Attorney Jennifer Ong, who also does not object with those requirements in place.

    Therefore, I am requesting that Mr. Sylvester be permitted to travel to the SDNY to clear his traffic tickets on a date approved by his Pre-Trial Services Officer with Mr. Sylvester

providing proof of where he has been upon his return to the NDNY. Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defenders
Attorneys for Jakeem Sylvester

cc: Jennifer Ong, AUSA
   Shannon Finneran, PTS

Granted.

So Ordered.

3/20/24